UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL NO. |
| | : |
| v. | : VIOLATION: |
| | : 18 U.S.C. § 1344 |
| | : (Bank Fraud) |
| DOROTHY MARIE MARSHALL, | : 18 U.S.C. §982(a)(2)(A) |
| | : (Criminal Forfeiture) |
| Defendant. | : |

## I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE

### BANK FRAUD

### I. Introduction

At all times material herein:

1. McKinney & Associates, Inc., formerly known as McKinney and McDowell Associates, Inc., (hereafter "McKinney & Associates"), located at 1612 K Street, N.W., Washington, D.C., was a private public relations firm.

2. From in or about May 1997 to in or about March 2001, DOROTHY MARIE MARSHALL was employed by McKinney and Associates, first as its Office Manager, and then as its General Manager. In her capacity as Office Manager and General Manager, DOROTHY MARIE MARSHALL had access to all of McKinney & Associates' financial records, including the computerized accounting system, the check registry, and checks belonging to McKinney & Associates, drawn on the checking account of McKinney & Associates with Adams National Bank.

3. Adams National Bank and Cross Country Bank were financial institutions with deposits

insured by the Federal Deposit Insurance Corporation.

## II. The Scheme and Artifice to Defraud

4. From in or about October 1998, and continuing through in or about March 21, 2001, within the District of Columbia and elsewhere, the defendant, DOROTHY MARIE MARSHALL, devised a scheme and artifice to embezzle money from McKinney & Associates, and to take and carry away with intent to steal and purloin, money belonging to and in the care, custody, control, management, and possession of Adams National Bank, by means of false and fraudulent pretenses, representations, and promises, that is, by forging the signature of the authorized signatory on checks drawn on the Adams National Bank checking account of McKinney & Associates, without the authorization of McKinney & Associates, and causing to be presented to Adams National Bank, whose deposits were then insured by the Federal Deposit Insurance Corporation, checks made payable to various creditors or retail suppliers of DOROTHY MARIE MARSHALL, including Cross Country Bank, in the aggregate amount of $86,357.22, knowing that the signatures on the checks were fraudulent.

(**Bank Fraud** and Causing An Act To Be Done, in violation of Title 18, United States Code, Sections 1344, 2).

## COUNT TWO

## BANK FRAUD

### I. Introduction

5. Paragraphs 1 through 4 of Count One are re-alleged as though fully set forth herein.

6. NPower Greater D.C. Region, formerly known as Technology Works for Good, (hereafter "Tech Works"), located at 1436 U Street, N.W., Washington, D.C., was a non-profit organization which provided technology support and services to other area non-profit organizations

and agencies.

7. From in or about April 2001 to in or about February 2003, DOROTHY MARIE MARSHALL was employed by Tech Works as Director of Finance and Administration. In her capacity as Director of Finance and Administration for Tech Works, DOROTHY MARIE MARSHALL had access to the financial records of Tech Woks, including the Tech Works accounting system, the check registry, and checks belonging to Tech Works, drawn on the checking account of Tech Works with Branch Banking and Trust Company ("BB&T").

8. Branch Banking & Trust Company, Citibank, and Cross Country Bank were financial institutions with deposits insured by the Federal Deposit Insurance Corporation.

## II. The Scheme and Artifice to Defraud

9. From on or about April 16, 2001, and continuing through on or about February 5, 2003, within the District of Columbia and elsewhere, DOROTHY M. MARSHALL, devised a scheme and artifice to embezzle money from Tech Works, and to take and carry away with intent to steal and purloin, money belonging to and in the care, custody, control, management, and possession of BB&T by means of false and fraudulent pretenses, representations, and promises, that is, by forging the signature of the authorized signatory on checks drawn on the BB&T checking account of Tech Works, without the authorization of Tech Works, and causing to be presented to BB&T, whose deposits were then insured by the Federal Deposit Insurance Corporation, checks made payable to various creditors or retail suppliers of DOROTHY MARIE MARSHALL, including Cross Country Bank, in the aggregate amount of $106,524.44, knowing that the signatures on the checks were fraudulent.

10. It also was part of the scheme and artifice to defraud that DOROTHY M. MARSHALL obtained a corporate credit card account with Citibank, account number 5588 5800 029 4058, in the

name of Dorothy Marshall and Technology Works for Good, and thereby obtained a "Citibusiness Card" credit card in the name of Dorothy M. Marshall, without the knowledge or authorization of Tech Works.

11. From in or about December 2002 through in or about January 2003, in furtherance of the scheme and artifice to defraud, DOROTHY M. MARSHALL used the Citibusiness Card to charge three payments in the total amount of $7200.00 on a cruise to the Caribbean, and made two payments on the unauthorized Citibusiness Card charges by using two forged checks drawn on Tech Works' account with BB&T Bank in the aggregate amount of $6000.00, with the balance of $1200.00 paid with funds inextricably commingled with other funds belonging to Tech Works, for an aggregate amount of $7200.00, which has been seized pursuant to an order of forfeiture.

(**Bank Fraud and Causing An Act To Be Done**, in violation of Title 18, United States Code, Sections 1344, 2).

## FORFEITURE ALLEGATION

12. The violations alleged in Counts One and Two of this Information are realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982(a)(2)(A).

13. As a result of the offenses alleged in Counts One and Two of this Information, the defendant in this Information shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of bank fraud, in violation of

Title 18, United States Code, Section 1344 including, but not limited to:

> <u>Money Judgment</u>:
> $185,681.66 which represents the sum of money equal to the remaining amount of money constituting or derived from, proceeds obtained, directly or indirectly, as the result of bank fraud, in violation of Title 18, United States Code, Section 1344. Fed.R. Crim.P. 32.2(b)(1).

By virtue of the commission of the felony offenses charged in Counts One and Two of this Information, any and all interest that the defendant has in property that constitutes, or is derived from, proceeds obtained, directly or indirectly, as the result of bank fraud, in violation of Title 18, United States Code, Section 1344, is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 982(a)(2)(A).

14. If any of the property described above as being subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(A), as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third person;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating by reference Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of said defendant up to the value of said property listed above as being subject to forfeiture.

    (**Criminal Forfeiture**, in violation of Title 18, United States Code, Section 982(a)(2)(A) and Title 18, United States Code, Section 982(b)(1).)

                                      KENNETH L. WAINSTEIN (D.C. Bar #451058)
                                      UNITED STATES ATTORNEY


By: _____
     MARY ANN SNOW (D.C. Bar #379757)
     LINDA OTANI McKINNEY (D.C. Bar #416548)
     Assistant United States Attorneys
     United States Attorney's Office
     555 4th Street, N.W.
     Washington, D.C.  20530
     (202) 307-0476; (202) 514-7061