UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Crim. Case No.: 05-228 (RMU) |
| **DOROTHY MARIE MARSHALL** | |

**NOTICE OF APPEARANCE**

To the Clerk of the Court, please enter the appearance of Manuel J. Retureta, Esq. as counsel of record in the above captioned case on behalf of the defendant, Dorothy Marie Marshall.

                              Respectfully submitted,

                              **RETURETA & WASSEM, P.L.L.C.**

By: _____
     Manuel J. Retureta, Esq.
     District of Columbia Bar #430006
     601 Pennsylvania Avenue, NW
     South Building – Suite 900
     Washington, D.C. 20004
     (202) 220-3073
     (202) 220-3130 fax

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance was mailed via first class mail on this 13th day of June 2005 to the following parties:

Mary Ann Snow
Assistant U.S. Attorney
555 Fourth Street, NW
Washington, D.C. 20530.

                              _____
                              Manuel J. Retureta, Esq.