## United States District Court for the District of Columbia

**FILED**

JUN 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

**WAIVER OF INDICTMENT**

**DOROTHY MARIE MARSHALL**

**CASE NUMBER: 05-0228 (RMU)**

I, **Alan M. Schwartz**, the above named defendant, who is accused of **Bank Fraud, Title 18 United States Code, Sections 1344 and Criminal Forfeiture, Title 18, United States Code, Section 982(a)(2)(A)**, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on **May 17, 2005**, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge