UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 6 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-228 (RMU) NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| | : | |
| | : | VIOLATIONS 18 U.S.C. § 1344 |
| v. | : | (Bank Fraud) |
| DOROTHY MARIE MARSHALL, | : | 18 U.S.C. § 982(a)(2)(A) |
| | : | (Criminal Forfeiture) |
| Defendant. | : | |

### STATEMENT OF OFFENSE

Pursuant to Fed. Crim. Pro. R. 11, the defendant, Dorothy Marie Marshall, agrees and stipulates that the following facts are true:

### I.   McKinney & Associates, Inc. (formerly McKinney and McDowell Associates)

McKinney & Associates, Inc., formerly McKinney and McDowell Associates (hereafter "McKinney & Associates"), is a private public relations firm. Dorothy Marie Marshall was employed by McKinney & Associates, Inc. from in or about May 1997 to March 2001, first as Office Manager, and then as General Manager. In both positions at McKinney & Associates, Ms. Marshall served as the Assistant to the President, and was responsible for the management of some accounting duties, which included working with the bookkeeper regarding financial matters, maintaining leave records, reviewing accounts payable, paying invoices received from vendors, and making deposits, in addition to her responsibility for daily office management. Ms. Marshall had access to all of McKinney & Associates' financial records, including the computerized accounting system, to checks belonging to McKinney & Associates drawn on its account with Adams National Bank, and to the check registry for McKinney & Associates'

account with Adams National Bank.[1] Ms. Marshall was responsible for preparing checks drawn on the bank account of McKinney & Associates with Adams National Bank, and presenting the checks, with the supporting invoices, to the President for the President's signature. Defendant Marshall was not an authorized signatory on McKinney & Associates' checks, and only the President of McKinney & Associates had signatory authority on checks belonging to McKinney & Associates drawn on its account with Adams National Bank.

From on or about October 26, 1998 through and continuing to on or about March 21, 2001, Dorothy M. Marshall engaged in a course of conduct to embezzle money from McKinney & Associates and to defraud Adams National Bank, by means of material false or fraudulent pretenses, representations or promises, by forging the signature of the President of McKinney & Associates on at least sixty-six (66) checks drawn on McKinney & Associates' account with Adams National Bank, and causing the forged McKinney & Associates' checks to be delivered to the designated payees by mail, bank deposit, or other means, thereby diverting a total of $86,357.22 held in the care, custody, and control of Adams National Bank to Ms. Marshall's personal use. See Exhibit A. The majority of those forged checks was made payable to Cross Country Bank, in payment of the defendant's credit card account with Cross Country Bank, account number 4227-0972-1219-8944, and the other checks were made payable to other entities, such as Caruso Florist, State Farm Insurance, and Flagship Credit Corporation (an automobile financing corporation, as summarized in Exhibit A.

---

[1] McKinney & Associates also had an account with Wachovia Bank, formerly known as First Union Bank, but in exchange for the defendant's entry into her plea agreement with the Government, without objection from McKinney & Associates, the Government has agreed to refrain from further investigation of that account.

Ms. Marshall altered McKinney & Associates' accounting system in a variety of ways in an effort to hide the bank fraud and embezzlement, such as creating false invoices to support the forged checks, inflating expense entries, failing to enter expenses, or entering incorrect payees. Ms. Marshall also intercepted, secreted, or destroyed many of the cancelled checks that were returned to McKinney & Associates in an effort to conceal her commission of the criminal offense charged in the information.

The President of McKinney & Associates did not authorize Ms. Marshall to sign her signature on any checks drawn on McKinney & Associates' checking account with Adams National Bank, to use McKinney & Associates' checks for purposes other than the business of McKinney & Associates, for Ms. Marshall's personal use, or for the payment of Ms. Marshall's personal expenses, from the business checking account of McKinney & Associates with Adams National Bank. Adams National Bank has not yet suffered any financial loss as a result of Ms. Marshall's bank fraud. Thus, for purposes of restitution and forfeiture, McKinney & Associates has sustained a loss of $86,357.22 as the result of Ms. Marshall's commission of the bank fraud charged in Count One of the Information.

## II. Technology Works for Good (now known as NPower)

Technology Works for Good, now known as NPower Greater D.C. Region (hereafter "Tech Works"), is a 501(c)(3) non-profit organization whose purpose is to provide technology support and services to other area non-profit organizations. Tech Works is supported by foundations such as AOL Time Warner, Fannie Mae Foundation and the Meyer Foundation. As of February 2003, Tech Works had provided over 10,000 hours of consulting to nearly 200 non-profit client agencies, as well as technology training to a wide range of area non-profit organizations. Tech Works is managed by an executive, hired by the Tech Works' Board of

Directors, with the designated title of "President." The current President held the position of Acting President of Tech Works from September 2002 to March 2003, at which time she became the President of Tech Works. The previous President held that position from Tech Works' founding in 1999 through August 2002.

Dorothy Marie Marshall was hired by the previous President on or about April 16, 2001, as the Director of Finance and Administration for Tech Works. Ms. Marshall held that position from April 16, 2001 through February 13, 2003, at which time she was discharged for cause after some of the facts giving rise to the offenses charged in the Information were discovered. As Tech Works' Director of Finance and Revenue, Ms. Marshall was responsible for ensuring the prompt payment of invoices due and owing by Tech Works. Ms. Marshall would prepare the requisite checks drawn on Tech Works' bank account with BB & T, and present the invoices and the checks to the President for his or her signature. Ms. Marshall and the President of Tech Works were the only employees with access to the organization's financial books and records, and Tech Works' bank account with BB&T. The President of Tech Works is the only employee who is an authorized signatory for checks drawn against Tech Works' bank account with BB&T. The Treasurer and the Chairman of the Board of Tech Works also had signatory authority, but, in practice, checks were signed by the President. The current and former Presidents, and the Treasurer and Board Chairman at no time authorized Ms. Marshall to sign their signatures on Tech Works' checks, to use Tech Works checks for purposes other than Tech Works' business, for Ms. Marshall's personal use, or for the payment of Ms. Marshall's personal expenses, with Tech Works' checks drawn on Tech Works' bank account with BB&T.

From on or about April 16, 2001 through and continuing to on or about February 5, 2003,

Ms. Marshall engaged in a course of conduct to embezzle money from Tech Works and to defraud BB&T Bank, by means of material false or fraudulent pretenses, representations or promises, by forging the signature of the current and former Presidents of Tech Works on at least fifty-two (52) checks drawn on Tech Works' account with BB&T Bank, and causing the forged Tech Works' checks to be delivered to the designated payees by mail, bank deposit, or other means, thereby diverting a total of $106,524.44 held in the care, custody, and control of BB&T Bank to Ms. Marshall's personal use.[2] See Exhibits B and C. The checks made payable to Cross Country Bank, in payment of the defendant's credit card account with Cross Country Bank, account number 4227 0972 1219 8944, constituted the majority of the forged checks. The remaining checks were made payable to Dorothy Marshall, or other entities, such as the U.S. Department of Education, Avedon, and the Internal Revenue Service, as summarized in Exhibits B and C.

Ms. Marshall also used her position with Tech Works to open, without authorization, and by material false or fraudulent pretenses, representations or promises, a corporate Citibank Credit Card account, account number 5588 5800 029 4058, in the name of Dorothy Marshall and Technology Works for Good, and thereby obtained a "CitiBusiness Card" credit card in the name of Dorothy M. Marshall. Tech Works business accounts could be opened only with the approval of the President of Tech Works. Neither the former nor the current President of Tech Works authorized Ms. Marshall to open a Citibank Credit Card account, or to obtain or use a

---

[2] Although Ms. Marshall did not begin her employment with Tech Works until April 16, 2001, two checks, check numbers 1261 and 1262, were entered in the Tech Works register system on April 13, 2001 and April 14, 2001, respectively. However, the actual check dates were May 7, 2001, and May 10, 2001, respectively. See Exhibit B.

CitiBusiness Card credit card.

Ms. Marshall used the unauthorized CitiBusiness Card credit card solely for purchases of items for her personal use, or for that of her family or friends. Ms. Marshall also used the CitiBusiness Card to charge three partial payments on a $7200.00 cruise to the Caribbean with the Tom Joyner Foundation Fantastic Voyage 2003 for Ms. Marshall and a guest: $1,000.00 on 11/4/02; $2,067.00 on 12/30/02; and $2067.00 on 1/30/03.[3] Ms. Marshall made payments on her unauthorized CitiBusiness Card charges using at least two forged Tech Works' checks: check # 2161, dated December 10, 2002 in the amount of $2800.00, and check # 2199, dated January 9, 2003 in the amount of $3200.00, for a total of at least $6,000.00 of directly traceable Tech Works' funds to finance the total payment of $7,200.00 for the Caribbean cruise. The remaining balance of $1,200.00 was inextricably commingled with other funds belonging to Tech Works, and in the care, custody, and control of BB&T, because Ms. Marshall diverted funds from the Tech Works' BB&T account by means of forged Tech Works' checks made payable by Ms. Marshall to cash, or in the name of Dorothy Marshall, as payee. Thus, pursuant to a seizure warrant issued by the U.S. District Court, the total amount of $7,200.00 was seized by the United States on May 23, 2003 in a civil forfeiture action.

In addition to forging the signatures of the Presidents of Tech Works on Tech Works' BB&T checks, Ms. Marshall accomplished the bank fraud and embezzlement by causing the forged Tech Works' checks drawn on Tech Works' bank account with BB&T to be sent to her creditors, other payees, or recipients, through the U.S. mail, by cashing the forged checks at a

---

[3] According to the cruise line records, the final payment was made by check, which is not traceable to Tech Works' account with BB&T, on March 6, 2003.

financial institution, by depositing them in one of Ms. Marshall's bank accounts, or by providing the forged Tech Works' check directly to an unauthorized payee, for Ms. Marshall's personal use or in payment of Ms. Marshall's personal debts and expenses.

Ms. Marshall altered Tech Works' accounting system in a variety of ways in an effort to hide her diversion of funds belonging to Tech Works and in the care, custody, and control of BB&T Bank, such as creating false invoices to support the forged checks, inflating expense entries, failing to enter expenses, or entering incorrect payees. Ms. Marshall also intercepted, secreted, or destroyed, many of the cancelled checks that were returned to Tech Works in an effort to conceal her commission of the criminal offenses charged in the information.

BB&T Bank has not yet suffered any financial loss as a result of Ms. Marshall's bank fraud. Thus, for purposes of restitution and forfeiture, Tech Works has sustained a loss of $106,524.44 as the result of Ms. Marshall's commission of the bank fraud charged in Counts Two and Three of the Information.

Respectfully submitted,

KENNETH L. WAINSTEIN (D.C. Bar #451058)
UNITED STATES ATTORNEY

By: _____
MARY ANN SNOW (D.C. Bar #379757)
LINDA OTANI McKINNEY (D.C. Bar #416548)
Assistant United States Attorneys
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0476; (202) 514-7061

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. Crim. Pro. R. 11, after consulting with my attorney, Manuel Retureta, Esquire, I agree and stipulate to this Statement of Offense.

Date: 6.9.05

_____
Dorothy Marie Marshall
Defendant

I have discussed this Statement of Offense fully with my client, Dorothy Marie Marshall. I concur with her decision to agree and stipulate to this Statement of Offense.

Date: 6.9.05

_____
Manuel Retureta, Esquire
Attorney for Defendant Dorothy Marie Marshall