UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 05-228 (RMU) |
| : | |
| DOROTHY MARIE MARSHALL, : | |
| : | |
| Defendant. : | |

**FILED**
JUN 1 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ESSENTIAL ELEMENTS OF BANK FRAUD

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the following are the essential elements of Bank Fraud, in violation of Title 18, U.S.C. § 1344, as charged in Counts One and Two of the information:

Section 1344 of Title 18 of the United States Code provides, in part, that:

> (a) Whoever knowingly executes, or attempts to execute, a scheme or artifice - (1) to defraud a federally chartered or insured financial institution; or (2) to obtain any of the monies, funds, . . . or other property owned by or under the custody or control of a federally chartered or insured financial institution, by means of false or fraudulent pretenses, representations, or promises, . . .

shall be guilty of an offense against the United States.

O'Malley, Grenig & Lee, Federal Jury Practice and Instructions, § 47.10 (5th Ed. 2002) (modified).

In order to sustain its burden of proof for the crime of knowingly executing a scheme or plan to obtain the money, funds or other property owned by or under the control of a financial institution, as charged in Counts One and Two of the information, the government must prove the following

three (3) essential elements beyond a reasonable doubt:

    (1) the defendant knowingly executed a scheme to obtain the money, funds or other property owned or under control of a financial institution by means of material false or fraudulent pretenses, representations or promises as detailed in Counts One and Two of the information;

    (2) the defendant did so with the intent to defraud; and

    (3) the financial institution was then, insured by the Federal Deposit Insurance Corporation.

O'Malley, Grenig & Lee, Federal Jury Practice and Instructions, § 47.11 (5th Ed. 2002) (modified).

The term "federally chartered or insured financial institution" means "a bank organized or operating under the laws of the United States" or "a bank with deposits insured by the Federal Deposit Insurance Corporation."

O'Malley, Grenig & Lee, Federal Jury Practice and Instructions, § 47.12 (5th Ed. 2002) (modified).

## **FORFEITURE ALLEGATION**

In addition to charging the defendant with bank fraud, in violation of 18 U.S.C. § 1344, the information further alleges criminal forfeiture under 18 U.S.C. §§ 982(a)(2))A), and identifies the government's intent to seek forfeiture of $185,681.66, which represents the sum of money equal to the money remaining over and above the amount of $7200.00, which has been seized pursuant to an order of forfeiture, constituting or derived from, proceeds obtained, directly or indirectly, as the result of bank fraud, in violation of Title 18, United States Code, Section 1344. Fed. R. Crim. P. 32.2(b)(1).

Under 18 U.S.C. § 982(a)(2), any person who is convicted of bank fraud shall forfeit to the United States any property constituting, or derived from, proceeds the person obtained, directly or indirectly, as the result of that violation. 18 U.S.C. § 982(a)(2) ("The court, in imposing sentence on a person convicted of a violation of, . . . - (A) section . . . 1344 of this title [bank fraud], affecting a financial institution, . . . shall order that the person forfeit to the United States any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of such violation."); Fed. R. Crim. P. 32.2(b)(1) ("As soon as practicable after entering a guilty verdict or accepting a plea of guilty . . . on any count in an indictment or information with regard to which criminal forfeiture is sought, the court shall determine what property is subject to forfeiture under the applicable statute.").

Respectfully submitted,

KENNETH L. WAINSTEIN (D.C. Bar #451058)
United States Attorney

By: /s/ Mary Ann Snow

MARY ANN SNOW (D.C. Bar #379757)
LINDA OTANI McKINNEY (D.C. Bar #416548)
Assistant United States Attorneys
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0476; (202) 514-7061

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Elements of Bank Fraud has been served by facsimile to counsel for defendant Dorothy Marie Marshall, Manuel J. Retureta, Esquire, Retureta & Wassem, 601 Pennsylvania Avenue, N.W., South Building - Suite 900, Washington, D.C. 20004, this 14th day of June, 2005.

Mary Ann Snow
Assistant United States Attorney