U.S. Department of Justice
U.S. Attorneys

---

# United States District Court
## for the District of Columbia

**FILED**

JUN 1 6 2005

UNITED STATES OF AMERICA  :

v.  :

[defendant name redacted]  :     Case No. [redacted]
DOB: [redacted]  :
[redacted]  :

  :

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this _____ day of _____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _____ by _____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DOJ USA-16-1-80

COURT