```
                                              FILED
   UNITED STATES DISTRICT COURT               JUN 1 6 2005
   FOR THE DISTRICT OF COLUMBIA
                                         NANCY MAYER WHITTINGTON, CLERK
                                              U.S. DISTRICT COURT
```

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 05-0228 (RMU) |
| DOROTHY MARSHALL, | : |
| Defendant. | : |

### SENTENCING SCHEDULING ORDER[1]

It is this __16__ day of __June__, 2005,

**ORDERED** that the sentencing in this matter be set for __Nov. 8, 2005__ at __10:15__; and it is

**FURTHER ORDERED** that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties 30 business days[2] after the date of the court's referral; and it is

**ORDERED** that counsel submit objections (if any) to the probation officer within 8 business days of that disclosure; and it is

**FURTHER ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report within 8 business days of the submission of objections; and it is

**ORDERED** that any party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due 4 business days thereafter. These memoranda and any responses thereto must cite to supporting legal authority.

**SO ORDERED.**

                                        Ricardo M. Urbina
                                        United States District Judge

---

[1] Revised January 2004.



[2] A "business day" is any day that is not a Saturday, Sunday, or "legal holiday" as defined by Federal Rule of Criminal Procedure 45(a).