UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal No.: 05-228 (RMU) |
| : | |
| DOROTHY MARIE MARSHALL, : | **FILED** |
| : | |
| Defendant. : | JUN 1 6 2005 |
| : | |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

## CONSENT ORDER OF FORFEITURE

WHEREAS, a written plea agreement was filed with this Court and signed by defendant Dorothy M. Marshall and her counsel, Manuel J. Retureta, Esquire, in which defendant Marshall pled guilty to a felony violation, that is bank fraud, in violation of Title 18, United States Code, Section 1344;

WHEREAS, in her plea agreement, the defendant expressly agreed and consented to the entry of an Order of Forfeiture in the form of a money judgment, under Fed.R.Crim.P. 32.2(b)(2), which is subject to forfeiture, pursuant to Title18, United States Code, Section 982(a)(2)(A), as property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of bank fraud, in violation of Title 18, United States Code, Section 1344;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property is declared forfeited to the United States, pursuant to Title18, United States Code, Section 982(a)(2)(A):

> Money Judgment:
> $185,681.66 which represents the sum of money equal to the remaining amount of money that constitutes, or is derived from, proceeds obtained, directly or indirectly, as the result of bank fraud, in violation of 18 U.S.C. § 1344.



2. That, the parties shall submit a payment schedule, which will be made an attachment to this Consent Order, for the satisfaction of the money judgment, by the sentencing date in this case.

3. That, all payments shall be made by cashier's check, made payable to the U.S. Department of Treasury and tendered to U.S. Secret Service Special Agent Charles Roselle (202-406-8405), at U.S. Secret Service, Washington Field Office, 1100 L Street, N.W., Washington, D.C. 20005.

4. That, upon receipt of each portion of the money judgment, the Secretary of Treasury is authorized to seize and dispose of this property in accordance with the law.

5. That the Clerk is directed to forward a true and certified copy of this order to all counsel of record and to the United States Department of Treasury.

Dated this __16__ day of __June__, 2005.

_____
RICARDO M. URBINA
United States District Judge

WE ASK FOR THIS:

KENNETH L. WAINSTEIN (DC Bar. No. 451058)
United States Attorney

By: _____
MARY ANN SNOW  (DC Bar #379757)
LINDA OTANI McKINNEY (DC Bar #416058)
Assistant United States Attorneys
U.S. Attorney's Office
555 Fourth Street, NW, Rm. 4229
Washington, D.C.  20530

_____
DOROTHY M. MARSHALL
Defendant

_____
MANUEL J. RETURETA, ESQUIRE
Counsel for Defendant Marshall

3