MARSHALL, Dorothy Marie                                             Page 3
05-228-01

## ORDER ON REQUEST FOR EXTENSION AND DELAY OF SENTENCING

1.  Extension for additional time to complete presentence report granted __Yes__.

    New disclosure date: __9/14/2005__

    Revised Scheduling Order attached:   YES ( )     NO (✓)

2.  Extension for additional time to complete presentence report denied _____

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

__7/22/05__
DATE