UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. CR 05-0228 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DOROTHY MARIE MARSHALL, | : | |
| | : | |
| Defendant. | : | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Thomas E. Zeno, D.C. Bar Number 348623, telephone number (202) 514-6957 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,
KENNETH L. WAINSTEIN
D.C. BAR NO. 451058
UNITED STATES ATTORNEY

_____
THOMAS E. ZENO
D.C. Bar No. 348623
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C. 20530
202-514-6957

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served by ecf upon counsel for defendant, Manuel J. Retureta, RETURETA & NASSEM, PLLC, 601 Pennsylvania Avenue, NW, South Bldg., Suite 900, Washington, DC 20004, this 12th day of October, 2005.

_____
ASSISTANT UNITED STATES ATTORNEY