UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. Case No.:  05-228 (RMU) |
| v. | |
| | Sentencing Date:  November 8, 2005 |
| DOROTHY MARIE MARSHALL | 10:15 p.m. |

**MOTION TO MODIFY COURT'S STANDING
TRIAL ORDER TO ALLOW FOR ADDITIONAL
TIME TO SUBMIT SENTENCING MEMORANDUM**

**COMES NOW DEFENDANT, Dorothy Marshall,** through undersigned counsel, and asks the Court for additional time to submit a defense sentencing memorandum.

Consistent with this Court's standing order for criminal cases, parties must file any memorandum in aid of sentencing "no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due 4 business days thereafter." Standing Order for Criminal Cases, page 9, paragraph 11. The final presentence report in Ms. Marshall's case was released on October 5, 2005. Therefore, given the Court's order, sentencing memoranda must be filed by October 17, 2005. For the reasons set forth below, Ms. Marshall respectfully asks that the Court allow submission of sentencing memoranda by no later than Friday, October 21, 2005.

Ms. Marshall has agreed to pay restitution in the case. The additional time is requested so the defense may provide the Court with a final dollar amount prior to sentencing. In addition, the collection of character letters and articles to support mitigation are still being compiled. The additional time will allow for the final collection and presentation of material as part of a defense sentencing memorandum.

Undersigned counsel has left a message with Assistant U.S. Attorney Thomas Zeno regarding this motion. However, at this time consent to the motion has not been received. Undersigned counsel has informed Mr. Zeno that the proposed order would allow for both parties to receive the additional time to file sentencing memoranda.

**WHEREFORE,** Ms. Marshall asks that the Court grant this motion.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073
(202) 220-3130 fax

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of this pleading was served on all parties pursuant to the Electronic Case Filing system on this 14th day of October, 2005.

_____/s/_____
Manuel J. Retureta, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. Case No.: 05-228 (RMU) |
| v. | |
| DOROTHY MARIE MARSHALL | |

**ORDER**

Defendant has filed a motion to extend the time for parties to submit sentencing memoranda in light of this Court's schedule as set forth in the standing trial order. The Court reviewed the defense motion and having found good cause, hereby **GRANTS** the defense motion. Accordingly, parties shall have until Friday, October 21, 2005 to submit sentencing memoranda and replies shall be filed no later than four business days thereafter.

 

Ricardo M. Urbina
United States District Court Judge

**Copies To:**

All Parties Via ECF