UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal Action No.: 05-0228 (RMU) |
| : | |
| DOROTHY MARIE MARSHALL, : | **FILED** |
| : | |
| Defendant.  : | OCT 17 2005 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 17th day of October 2005,

**ORDERED** that the parties shall submit sentencing memoranda on or before October 21, 2005. Replies shall be filed on or before October 27, 2005.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge