UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0228 (RMU) |
| | : | |
| DOROTHY MARIE MARSHALL, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

FILED
OCT 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 17th day of October 2005,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for November 8, 2005 is hereby **VACATED** and **RESCHEDULED** for Thursday, December 1, 2005 at 3:00 pm.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge