UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. Case No.: 05-228 (RMU) |
| v. | |
| DOROTHY MARIE MARSHALL | Sentencing Date: November 8, 2005<br>10:15 p.m. |

### NOTICE OF SUBMISSION OF COMPUTER DISK TO ACCOMPANY DEFENDANT'S SENTENCING MEMORANDUM

**COMES NOW DEFENDANT, Dorothy Marshall,** through undersigned counsel, and submits the attached computer disk to accompany the defendant's sentencing memorandum filed this day. *See* Document # _16_ .

Respectfully submitted,

RETURETA & WASSEM, P.L.L.C.

By: _____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C. 20004
(202) 220-3073
(202) 220-3130 fax

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of this notice and accompanying computer disc were served on Assistant U.S. Attorney Thomas Zeno, on this 21st day of October 2005 at 555 fourth Street, NW, Washington, D.C. 20530.

_____
Manuel J. Retureta, Esq.