UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-228 (RMU) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DOROTHY MARIE MARSHALL | : | |

**GOVERNMENT'S SUBMISSION OF LETTER FROM GWEN MCKINNEY**

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the attached letter received from Ms. Gwen McKinney in aid of sentencing in this matter.

    Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar No. 451058

_____
Thomas E. Zeno
D.C. Bar No. 348623
Assistant United States Attorney
Fraud and Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C. 20530

## **CERTIFICATE OF SERVICE**

    I HEREBY certify that a copy of the foregoing Submission was served via electronic filing on this 30st day of November 2005 to:

Manuel J. Retureta, Esquire<br>
601 Pennsylvania Avenue, N.W.<br>
Washington, D.C. 20004

_____
THOMAS E. ZENO
Assistant United States Attorney