

November 30, 2005

The Honorable Ricardo M. Urbina
United States District Judge
122-5 E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

c/o Assistant U.S. Attorney Thomas Zeno

**Re:**   *United States vs. Dorothy Marshall*
          **Cr. No. 05-228 (RMU)**

Dear Judge Urbina:

I write to express my concern that the sentencing in the above referenced case correspond to the tremendous harm caused by the defendant.  As a victim of her crimes, I urge that she be given the fullest sentencing possible under law.

Not only did Ms. Marshall severely handicap my small business, she also violated an important trust that won her access to all of the company's financial records.   She was a confidant and most valued member of my small team who exploited both for her own personal greed.  What I got in return for my trust was forgery, dishonesty and a clever scheme to rob my company of tens of thousands of dollars over more than three years. She would intercept bank statements and destroy evidence of the forged canceled checks as part of a sustained plot that never ceased because she was never discovered.

During the entire time Marshall worked at my company, we had a difficult time meeting expanding the operation, sometimes I skipped giving myself a paycheck to meet payroll. As the person who had access to the financial records, she siphoned off any potential of profits in a calculated manner that prevented growth.   As receivables came in, she managed to move them from our bank account to her pocket through credit cards and a range of other elaborate self-enriching schemes.

The first year the Company realized a profit was in 2001 – the year Dorothy Marshall left my firm, only to move on to another organization where she continued her criminal activities.   She stopped, not because she thought better of her crimes, but because she was caught.

McKinney to Judge Urbina/ Marshall Case
Page 2

Dorothy Marshall has shown no contrition, never even offering an apology for her violation of trust.  She was resolute and intemperate about her transgressions, only admitting to aspects of her fraud when the hard evidence was presented.  I am convinced that her level of denial is a signal that her criminal path of deceit will be repeated if she is given an opportunity.

Dorothy Marshall is a repeat offender who concealed her prior prison record when she was hired by my company.  That she committed the same offenses after he first short prison term is telling and important.  As one who ardently believes that the criminal justice system should exact redemption, and not simply punishment, I think the only solution for Dorothy Marshall will be full restitution to the organizations that she robbed and a stiff sentence of prison time.  I hope during that time she will discover redemption.

Sincerely,

Gwen McKinney
President

CC: Assistant United States Attorney Thomas Zeno
    Assistant United States Attorney Mary Ann Snow

