UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. Case No.:  05-228 (RMU) |
| v. | |
| | Sentencing Date:  December 1, 2005 |
| DOROTHY MARIE MARSHALL | 3:00 p.m. |

NOTICE OF SUBMISSION OF PAYMENT SCHEDULE
FOR CONSENT ORDER OF FORFEITURE

**COMES NOW DEFENDANT, Dorothy Marshall,** through undersigned counsel, and submits the attached payment schedule for the previously filed Consent Order of Forfeiture.

Respectfully submitted,

**RETURETA & WASSEM, P.L.L.C.**

By: _____/s/_____
Manuel J. Retureta, Esq.
District of Columbia Bar #430006
601 Pennsylvania Avenue, NW
South Building – Suite 900
Washington, D.C.  20004
(202) 220-3073
(202) 220-3130 fax

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of this notice and attached payment schedule were served via ECF to Assistant U.S. Attorney Thomas Zeno, on this 30th day of November 2005.

_____/s/_____
Manuel J. Retureta, Esq.