UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Case No.:  05-228 (RMU) |
| DOROTHY MARIE MARSHALL | |

**CONSENT PAYMENT SCHEDULE FOR**
**SATISFACTION OF CONSENT ORDER OF FORFEITURE**

The parties have agreed to the following payment schedule to satisfy the money judgment set forth in the Consent Order of Forfeiture executed as part of the above captioned case.  It is agreed by the parties that defendant, Dorothy Marshall, shall make the following payments:

| | |
|---|---|
| Initial Payment: | $100,000.00 – Paid at or prior to sentencing date |
| Monthly Payments: | $   1,785.00 – 47 monthly payments |
| Final Monthly Payment: | $   1,786.66 – Final Payment |

The monthly payments shall become due on the 27th of each month with the first payment due on January 27, 2006.  The parties also agree that this payment schedule may be amended in the future with the consent of both parties.

Dated this _____ day of December 2005.

_____           _____
Dorothy Marie Marshall                                          Thomas E. Zeno
Defendant                                                              Assistant U.S. Attorney


_____
Manuel J. Retureta, Esq.
Defense Counsel


                                                                             _____
                                                                             Ricardo M. Urbina
                                                                             United States District Court Judge