FILED

DEC 1 - 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DOROTHY MARIE MARSHALL

Crim. Case No.: 05-228 (RMU)

## CONSENT PAYMENT SCHEDULE FOR SATISFACTION OF CONSENT ORDER OF FORFEITURE

The parties have agreed to the following payment schedule to satisfy the money judgment set forth in the Consent Order of Forfeiture executed as part of the above captioned case. It is agreed by the parties that defendant, Dorothy Marshall, shall make the following payments:

| | |
|---|---|
| Initial Payment: | $100,000.00 – Paid at or prior to sentencing date |
| Monthly Payments: | $ 1,785.00 – 47 monthly payments |
| Final Monthly Payment: | $ 1,786.66 – Final Payment |

The monthly payments shall become due on the 27th of each month with the first payment due on January 27, 2006. The parties also agree that this payment schedule may be amended in the future with the consent of both parties.

Dated this 1st day of December 2005.

_____
Dorothy Marie Marshall
Defendant

_____
Manuel J. Retureta, Esq.
Defense Counsel

_____
Thomas E. Zeno
Assistant U.S. Attorney

_____
Ricardo M. Urbina
United States District Court Judge