HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

| UNITED STATES OF AMERICA | : | Docket No.: CR-05-0228-01 |
| --- | --- | --- |
| vs. | : | SSN: |
| Marshall, Dorothy Marie | : | Disclosure Date: September 14, 2005 |

DEC 1 - 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government
(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.

    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____
**Prosecuting Attorney**           **Date**

#### For the Defendant
(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.

    (✓)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Dorothy Marshall_ 10/3/05           _[signature]_ 10/3/05
**Defendant**    **Date**           **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **September 28, 2005**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer

# RETURETA & WASSEM, P.L.L.C.
ATTORNEYS AT LAW
601 PENNSYLVANIA AVENUE, NW
SOUTH BUILDING — SUITE 900
WASHINGTON, D.C. 20004
MJR.RW@VERIZON.NET

MANUEL J. RETURETA, ESQ. (DC)
LEIGH ANNE WASSEM, ESQ. (MD)

(202) 220-3073
FAX: (202) 220-3130

October 4, 2005

**VIA FACSIMILE**
Kathie McGill
U.S. Probation Officer
333 Constitution Avenue, NW
Washington, D.C. 20001

Re:   *United States v. Dorothy Marshall*

Dear Officer McGill:

The only inaccuracy in the presentence investigation report pertains to page 22, Part E, "Factors That May Warrant Departure." In the defense sentencing memorandum, we will submit factors to the Court that we believe will warrant downward departures. These factors include, but are not limited to, Ms. Marshall's acceptance of responsibility, familial responsibilities, community impact of any sentence, her rehabilitation and remorse.

Otherwise, there are no other material or factual inaccuracies. Thank you for your time and kind attention to this matter.

Yours truly,

Manuel J. Retureta, Esq.

MJR/mjr

cc:  Thomas Zeno, Assistant U.S. Attorney