HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-05-0228-01 |
| | : | |
| vs. | : | SSN: |
| | : | |
| Marshall, Dorothy Marie | : | Disclosure Date: September 14, 2005 |

DEC 1 - 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further
acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

    (X) There are no material/factual inaccuracies therein.

    ( ) There are material/factual inaccuracies in the PSI report as set forth in the
attachment herein.

_____      9-30-2005
Prosecuting Attorney            Date

#### For the Defendant

(CHECK APPROPRIATE BOX)

    ( ) There are no material/factual inaccuracies therein.

    ( ) There are material/factual inaccuracies in the PSI report as set forth in the
attachment.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Defendant | Date | Defense Counsel | Date |

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material
inaccuracies or disputes in writing by **September 28, 2005**, to U.S. Probation Officer **Kathie
McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the
Attorney for the Government and the Defense Counsel to provide each other with a copy of
the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer

# UNITED STATES DEPARTMENT OF JUSTICE
# CRIMINAL DIVISION



**IMPORTANT:** This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and returning the original transmission to us at the address given below.

**TO:**       U.S. Probation Officer Kathie McGill

    **Phone:**    (202) 565-1421

    **Fax:**      (202) 273-0242


**FROM:**     Mary Ann Snow/ Thomas Zeno

    **Phone:**    (202) 305-1995/ (202) 514-6957

    **Fax:**      (202) 514-0080/ (202) 307-2304


**DATE:**     September 30, 2005

**SUBJECT:**  U.S. v. Dorothy Marshall, Cr. 05-228-01, Receipt and Acknowledgment of Presentence Investigation Report

**NUMBER OF PAGES (INCLUDING COVER):**    2

**MESSAGE:**  Thank you!