HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

UNITED STATES OF AMERICA

MAR 2 2 2006

vs.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dorothy Marshall                    Docket No.: CR 05-228-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS


It is hereby **ORDERED** that **Dorothy Marshall** having been sentenced, on December

1, 2005, in the above case to the custody of the Bureau of Prisons, surrender himself to the

Bureau of Prisons by reporting to FPC Alderson, in Alderson, WV by 2

p.m., on March 30, 2006.


3/22/06
**Date**

RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE



**ACKNOWLEDGMENT:** *I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.*

**ATTORNEY/U.S. PROBATION OFFICER**          **DEFENDANT**


Revised 6-2004