UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-228 (RMU) |
| | : | |
| v. | : | |
| | : | |
| DOROTHY MARIE MARSHALL | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF PARTIAL PAYMENT OF FORFEITURE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of partial payment of forfeiture.

On December 1, 2005, this matter came before the Court for sentencing. The undersigned Assistant was present in the courtroom for the sentencing. At that time, counsel for defendant provided the undersigned Assistant with a certified check in the amount of $100,000 payable to the United States Treasury as partial satisfaction of the order of forfeiture imposed in this case. The undersigned Assistant forwarded the check for processing and payment to the victims.

The undersigned Assistant is filing this notice in order to resolve some confusion that has developed about whether defendant Marshall has made a partial payment of forfeiture.

Respectfully submitted,

Kenneth L. Wainstein
United States Attorney
D.C. Bar # 451058

_____

Thomas E. Zeno
Assistant United States Attorney
D.C. Bar No. 348623
United States Attorney's Office
555 4th Street, N.W., Room 5243
Washington, D.C. 20530
(202) 514-6957

## **CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the foregoing Notice was served via electronic filing on this 5th day of June 2006 to:

Manuel J. Retureta, Esquire
601 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

_____
THOMAS E. ZENO
Assistant United States Attorney